Generated: Feb 7, 2026 12:01PM                                                                                              Page 1/1



# U.S. District Court

## Texas Western - San Antonio

**THIS IS A COPY**

Receipt Date: Feb 7, 2026 12:01PM

MARK ANTHONY ORTEGA
152 BEDINGFIELD
SAN ANTONIO, TX 78231

Rcpt. No: 9832               Trans. Date: Feb 7, 2026 12:01PM               Cashier ID: #DG (2225)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CH | Check | #1063 | 01/27/2026 | | $405.00 |
| | | | Total Due Prior to Payment: | | $405.00 |
| | | | Total Tendered: | | $405.00 |

**Comments:** 5:26-CV-752, MARK ANTHONY ORTEGA V. GOTHAM CAPITAL LLC, AND JOSEPH PAUL GUALTIERI.

Clerk, US District Court - San Antonio Division - 262 W Nueva, Ste 1-400, San Antonio, TX 78207 (210) 472-6550 - www.txwd.uscourts.gov