Mark Anthony Ortega
252 Bedingfeld Dr
San Antonio, TX 78231



U.S. District Clerk's Office
262 West Nueva St  Rm 1-400
San Antonio, TX 78207

RECEIVED
JAN 30 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

SA26CA0752 OG
MJ-ESC